**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000008
07-MAY-2024
08:12 AM
Dkt. 40 ODSD**

NO. CAAP-24-0000008

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


HAWAIIAN RANCHOS ROAD MAINTENANCE CORPORATION,
a Hawaii corporation, Plaintiff-Appellee, v.
MANUEL LOPEZ; MARIA LOPEZ; STEPHANA PROKSCHL, formerly known as
STEPHANIE HADLEY, Defendants-Appellees, and
WILLIAM GILROY, Defendant-Appellant, and
COUNTY OF HAWAII, DEPARTMENT OF FINANCE, Defendant-Appellee, and
JOHN DOES 1-10; JANE DOES 1-10; DOE ENTITIES 1-10; and
DOE GOVERNMENTAL UNITS 1-10, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CCV-22-0000063)


ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Guidry, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before March 14, 2024, and April 15, 2024, respectively;

(2) Self-represented Defendant-Appellant William Gilroy (Gilroy) failed to file either document, or request an extension of time;

(3) On April 22, 2024, the appellate clerk entered a default notice informing Gilroy that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on May 2, 2024, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Gilroy could request relief from default by motion; and

(4) Gilroy has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, May 7, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge